AUSA: Sara D. Woodward
Special Agent: Matthew Martin

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

FILED
SEP 05 2014
CLERK'S OFFICE
DETROIT

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case: 2:14-mc-51141 |
| 1677 Broadway Street, Apartment #3, Ann Arbor, Michigan | ) ) ) ) | Judge: Edmunds, Nancy G.<br>Filed: 08-22-2014 At 11:43 AM<br>IN RE: SEALED MATTER (TAM) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Michigan_____
*(identify the person or describe the property to be searched and give its location)* :

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal   *(identify the person or describe the property to be seized)*:

See Attachment B

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: _____
   Deputy

**YOU ARE COMMANDED**   to execute this warrant on or before   **SEP 0 5 2014**   *(not to exceed 14 days)*
✓ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   **DUTY MAGISTRATE JUDGE**
   *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*      ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   **AUG 2 2 2014 @ 11:55 AM**        **R. STEVEN WHALEN**
                                                                                                          *Judge's signature*

City and state:   Detroit, Michigan                                          R. Steven Whalen, U.S. Magistrate Judge
                                                                                                   *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 14-mc-51141 | Date and time warrant executed: 8/27/14  10:52 AM | Copy of warrant and inventory left with: KATERYNA BENSON-GONCHARUK |
| Inventory made in the presence of: AGENT JAMES FULLER, AGENT MATT MARTIN ||||

Inventory of the property taken and name of any person(s) seized:

(SEE ATTACHED PROPERTY RECEIPT)

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/05/2014

*Executing officer's signature*

MATTHEW MARTIN - SPECIAL AGENT
*Printed name and title*

# ATTACHMENT A: Property to Be Searched

This premise is located at 1677 Broadway Street, Apartment #3, Ann Arbor, Michigan 48105. More specifically the property is directly across from where Baits Drive meets Broadway Street to for a "T" intersection and west of the sign marking the entrance for St. Aidan's Episcopal/Northside Presbyterian Church. The building is described as a multi-story red brick home with a covered porch and detached garage. From Broadway Street, one would access Apartment #3 by way of the front door which is located on the right hand side of the porch. The stairs and approach to the door are beneath a tan trimmed roof bearing the numbers "1677." The front entrance leads to a staircase. Apartment #3 is located near the top of the staircase on the left. A balcony is visible at the rear of the apartment.

From the intersection of Nixon Road and Plymouth Road in Ann Arbor, Michigan, one would travel approximately 0.8 mile southwest and turn left on Broadway Street (before the Shell Station). After approximately 0.3 miles 1677 Broadway Street will be on the right.





## ATTACHMENT B

## Items to be Seized

The United States seeks, and desires to seize, property that constitutes fruits, contraband, evidence and instrumentalities of violations of 16 U.S.C. §§ 1538 (c)(1) and (d) as well as 16 U.S.C. §§ 3372 (a)(1) and (d) found in the premises described in Attachment A, pertaining to the following matters:

A. Wildlife and wildlife products including but not limited to:

    i. Elephant ivory carvings

    ii. Other wildlife products or items manufactured whole or in part from wildlife products including but not limited to feathers, bones, hair, fur, horn, antler, etc.

B. Records of the acquisition, purchase, storage, offer for sale, sale, import, export, transport, or other disposition of wildlife products by BENSON, in any form wherever it may be stored, including but not limited to:

    i. Any computer, computer system and related peripherals; computer hardware; computer software; commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, scanners,

monitors, printers, external storage devices, routers and any electronic storage devices including but not limited to hardware, software, diskettes, backup tapes, CD-ROMS, DVD, Flash memory devices, including but not limited to computer passwords and data security devices and computer related documentations, and any hardware/software.

ii. Written, drawn, printed, spoken, visual, or electromagnetic information recorded or preserved, regardless of physical form, that relates to the production, storage, transportation, purchase, sale, trade, barter, or other acquisition or disposition of wildlife products, including but not limited to invoices, ledgers, check stubs, receipts, notes, binders, bills of lading, air waybills, or other forms of printed documentation.

C. Information, records, documents or other materials, including but not limited to regulations, guidance, or correspondence, that show the level of knowledge possessed by BENSON, with respect to all laws and regulations governing the purchase, sale, import, export, and transport of wildlife products.

D. Information, records, documents, or other materials, including but not limited to information pertaining to the identification of wildlife parts and products including but not limited to pictures, scientific papers and field guides.

**DEPARTMENT OF THE INTERIOR**
**U.S. FISH AND WILDLIFE SERVICE**

# PROPERTY RECEIPT

**RECEIVED / SEIZED FROM:** Kateryna Benson-Goncharuk
1677 Broadway Street, #3, Ann Arbor, MI

**DATE AND TIME OF RECEIPT:** 08/27/2014

**FILE NUMBER:** 2012301334
~~2012301342~~ MM

**RECEIVED / SEIZED BY:** SA James Fuller

**LOCATION:** 1677 Broadway Street #3, Ann Arbor, MI

| ITEM NO. | DESCRIPTION |
|---|---|
| 1. | Documents, receipts - ST#034210; |
| 2. | IPhone - Fcc# BLGE2599A - ST# 034211; |
| 3. | IPad - Fcc# BCGA1475 - ST#034212; |
| 4. | HP Laptop S/N: 5CD3035M4P - ST# 034213; |
| 5. | Metro PC cellphone - black - ST# 034214; |
| 6. | HP Pavilion Slimline CPU - S/N: 2MD22904R1 w/ 32 gig sdcard in reader - ST# 034215; |
| 7. | Gateway Model NV55C laptop S/N: LXW602042107009271601 - ST# 034216; |
| 8. | Samsung cellphone - black - ST# 034217; |
| 9. | Notebooks and documents - ST# 034218; |
| 10. | Shipping documents/labels and documents - ST#034219; |
| 11. | Cardboard box containing numerous ivory carvings - ST# 034220; |
| 12. | Cardboard box containing numerous ivory carvings - ST# 034221; |
| 13. | Ten (10) ivory carvings - ST# 034222; |
| 14. | Six (6) ivory carvings, documents, invoice/tax ID, 2 GB Scandisk Sdcard - damaged - ST# 034223 |

— end of list —

**OFFICER:** James Fuller SA549

**WITNESS:**

I hereby certify that the above is a correct and complete inventory of items (received / seized by) (transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

**SIGNATURE:**

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

Kateryna Benson-Goncharuk

FORM 3-155 (9/81)